# IN THE U.S. DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# (Clarksburg Division)

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**
    *Plaintiff,*

**v.**                                 **CIVIL ACTION NO. 1:07-CV-29**

**DANNY J. SHINGLETON and
SUSAN D. SHINGLETON,**
    *Defendants.*

## ORDER OF SUBSTITUTION OF COUNSEL

This matter came before the Court this 2nd day of August 2007 upon the application of the movant, E. Kay Fuller and Martin & Seibert, L.C. Whereupon the Court reviewed the Authorization of State Farm Mutual Automobile Insurance Company to the substitution.

WHEREFORE it is accordingly **ADJUDGED** and **ORDERED** that E. Kay Fuller and Martin & Seibert, L.C., shall be substituted as counsel for State Farm Mutual Automobile Insurance Company in this matter.

The Clerk shall amend the docket of this matter, shall forward future pleadings, Orders and correspondence to Ms. Fuller as counsel for the Plaintiff.

This Order shall be entered as of the day and date first hereinabove written and the Clerk shall forward attested copies to: Greg Schillace, Schillace Law Offices, P.O. Box 1526, Clarksburg, WV 26302-1526; James Wilson, Steptoe & Johnson, PLLC, P.O. Box 2190, Clarksburg, WV 26302-2190 and E. Kay Fuller, Martin & Seibert, L.C., P.O. Box 1286, Martinsburg, WV 25402-1286.

ENTER: 8/2/07

_____  
JUDGE

This document prepared by:

_____  
E. Kay Fuller  
*Counsel for State Farm Mut. Auto. Ins. Co.*