IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,**

        Plaintiff,

v.                            CIVIL ACTION NO. 1:07CV29
                                    (Judge Keeley)

**DANNY J. SHINGLETON and
SUSAN D. SHINGLETON,**

        Defendants.

## ORDER SCHEDULING HEARING

The Court will conduct a scheduling conference on **October 23, 2007 at 3:00 p.m.** at the **Clarksburg, West Virginia** point of holding court to address defendants motion to dismiss. Counsel may appear by telephone. Pursuant to Fed.R.Civ.P. 26(f) and LR 16.01(c), the parties shall submit to this Court, prior to the scheduling conference, a written report on those matters set forth in LR 16.01(b) and (c) and the parties' discovery plan as required by Fed.R.Civ.P. 26(f). The parties may refer to Form 35 of the Federal Rules of Civil Procedure for an example of a report on a planning meeting. However, the parties should be certain to supplement Form 35 with LR 16.01(b) and (c) disclosures. The Court directs Kay Fuller, counsel for plaintiff, to initiate the call to 304-624-5850.

It is so **ORDERED**.

The Clerk is directed to transmit copies of the order to counsel of record.

DATED: October 22, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE